MAISLIN BROS. TRANSPORT, LTD., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34606.) GARY MOTOR LINES, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34607.) JEAN WARREN, as Administrator of the Estate of RICHARD WARREN, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34608.)

854

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.